MATTHEW BERRY
GENERAL COUNSEL

TODD B. TATELMAN
DEPUTY GENERAL COUNSEL

U.S. HOUSE OF REPRESENTATIVES
OFFICE OF GENERAL COUNSEL
5140 O'NEILL HOUSE OFFICE BUILDING
WASHINGTON, DC 20515-6532
(202) 225-9700
FAX: (202) 226-1360

BROOKS M. HANNER
ASSOCIATE GENERAL COUNSEL

SARAH E. CLOUSE
ASSOCIATE GENERAL COUNSEL

BRADLEY CRAIGMYLE
ASSOCIATE GENERAL COUNSEL

RACHEL A. JANKOWSKI
ASSISTANT GENERAL COUNSEL

July 17, 2023

**By CM/ECF**

Mark Langer
Clerk of Court
U.S. Court of Appeals for the D.C. Circuit
333 Constitution Ave. NW
Room 5205
Washington, D.C. 20001

Re: *Schilling v. U.S. House of Representatives*, No. 22-5290 (D.C. Cir.)
**Notice of Supplemental Authority Pursuant to Rule 28(j)**

Dear Mr. Langer:

After Defendants-Appellees filed their brief (Doc. 2005762), this Court held in *Massie v. Pelosi*, No. 22-5058, 2023 WL 4280843 (D.C. Cir. June 30, 2023), that litigation challenging legislative acts—the House's adoption of a resolution requiring masks be worn in the Hall of the House and execution of that resolution through fines—is barred by the Speech or Debate Clause's absolute immunity. Op. 2, 5.

*Massie* provides further support for arguments in our appellee brief and confirms that the judgment below should be affirmed:

- When a plaintiff sues over a legislative act, the Speech or Debate Clause operates as a jurisdictional bar that precludes the court from considering the merits. *See* Op. 2-5, 8; *cf.* Appellee Br. (Br.) 12, 19, 32-33, 35.

- Speech or Debate Clause immunity is not lost when a plaintiff alleges that legislative acts violate the Constitution or internal rules. Op. 8; *cf.* Br. 19-20.

- Speech or Debate Clause immunity extends beyond Members: House employees are immune from suit when they perform a legislative act. Op. 7-8; *cf.* Br. 22, 30-32.

- Speech or Debate Clause immunity promotes the separation of powers by protecting Congressional independence and by preventing accountability before a potentially hostile judiciary. Op. 8; *cf.* Br. 18-19, 24-25, 29, 36-38.

The Congressional Defendants are protected by the absolute immunity afforded by the Speech or Debate Clause, and, as *Massie* shows, this Court should affirm the judgment below.

Respectfully submitted,

*/s/ Bradley Craigmyle*
Matthew B. Berry
*General Counsel*
Todd B. Tatelman
*Deputy General Counsel*
Bradley Craigmyle
*Associate General Counsel*
Rachel A. Jankowski
*Assistant General Counsel*

Office of General Counsel
U.S. House of Representatives
5140 O'Neill House Office Building
Washington, D.C. 20515
(202) 225-9700
Bradley.Craigmyle@mail.house.gov

*Counsel for Defendants-Appellees*

cc: All Counsel

**CERTIFICATE OF SERVICE**

I certify that on July 17, 2023, I caused the foregoing document to be filed via the U.S. Court of Appeals for District of Columbia Circuit CM/ECF system, which I understand caused a copy to be served on all registered parties.

*/s/ Bradley Craigmyle*
Bradley Craigmyle