# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

No. 22-5290																			September Term, 2023

1:22-cv-00162-TNM

Filed On: December 6, 2023 [2030177]

Robert Schilling,

       Appellant

    v.

United States House of Representatives, et al.,

       Appellees

## O R D E R

It is **ORDERED**, on the court's own motion, that the following times are allotted for the oral argument of this case scheduled for December 13, 2023, at 9:30 A.M.:

    Appellant    -    10 Minutes

    Appellees    -    10 Minutes

One counsel per side to argue. The panel considering this case will consist of Circuit Judges Pillard, Wilkins, and Childs.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by December 8, 2023.

**Per Curiam**

        **FOR THE COURT:**
        Mark J. Langer, Clerk

    BY:    /s/
        Michael C. McGrail
        Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)