**[ORAL ARGUMENT NOT YET SCHEDULED]**

No. 22-5290

---

**UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA**

---

ROBERT SCHILLING,

*Plaintiff-Appellant*,

v.

UNITED STATES HOUSE OF REPRESENTATIVES, et al.

*Defendants-Appellees*.

---

On Appeal from a Final Order of the U.S. District Court for the District of Columbia (No. 22-162) (Hon. Trevor N. McFadden, U.S. District Judge)

---

**MOTION TO GOVERN FUTURE PROCEEDINGS**

Pursuant to this Court's January 24, 2023 Order, *see* Doc. #1982903, Defendants-Appellees the United States House of Representatives, the Honorable Kevin McCarthy, Speaker of the United States House of Representatives, the Committee on Oversight and Accountability of the United States House of Representatives, the Honorable Cheryl L. Johnson, Clerk of the United States House of Representatives, and the Honorable Catherine Szpindor, Chief

1

Administrative Officer of the United States House of Representatives ("Congressional Defendants"), respectfully inform the Court that they continue to fully support all of the arguments advanced in the previously filed Motion for Summary Affirmance. *See* Doc. #1977085.

Accordingly, the Congressional Defendants respectfully move that this Court resolve that pending motion prior to scheduling any further proceedings in this case.

## CONCLUSION

For all of the reasons expressed in both the Congressional Defendants' Motion for Summary Affirmance and the Reply in Support, the Court should summarily affirm the judgment of the district court.

Respectfully submitted,

*/s/ Todd B. Tatelman*
Todd B. Tatelman
Acting General Counsel

*Office of General Counsel*
*U.S. House of Representatives*
5140 O'Neill House Office Building
Washington, D.C. 20515
(202) 225-9700
Todd.Tatelman@mail.house.gov

*Counsel for Congressional Defendants-Appellees*

January 26, 2023

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g)(1), I certify that this Motion complies with the type-volume limitation of Rule 27(d)(2), as it contains 158 words.

                                                    */s/ Todd B. Tatelman*
                                                    Todd B. Tatelman

January 26, 2023