**[ORAL ARGUMENT NOT YET SCHEDULED]**

No. 22-5290

**UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA**

ROBERT SCHILLING,

*Plaintiff-Appellant*,

v.

UNITED STATES HOUSE OF REPRESENTATIVES, et al.

*Defendants-Appellees*.

On Appeal from a Final Order of the U.S. District Court for the District of Columbia (No. 22-162) (Hon. Trevor N. McFadden, U.S. District Judge)

**REPLY IN SUPPORT OF
MOTION TO GOVERN FUTURE PROCEEDINGS**

Appellees, the United States House of Representatives, the Honorable Kevin McCarthy, Speaker of the United States House of Representatives, the Committee on Oversight and Accountability of the United States House of Representatives, the Honorable Cheryl L. Johnson, Clerk of the United States House of Representatives, and the Honorable Catherine Szpindor, Chief Administrative

1

Officer of the United States House of Representatives, respond to Appellant Robert Schilling's opposition to their Motion to Govern Future Proceedings.

Appellant's suggestion (Opp'n at 3) that this case be referred to the Court's Appellate Mediation Program completely ignores the fact that the basis of Appellees' pending Motion for Summary Affirmance is that they are absolutely immune from suit by virtue of the Speech or Debate Clause, U.S. Const., Art. I, § 6, cl. 1, and, therefore, this Court lacks subject matter jurisdiction. Given that the Court's subject matter jurisdiction has been placed at issue, this case is not an appropriate candidate for mediation.

Moreover, contrary to the speculation set forth in Appellant's opposition (Opp'n at 4-7), Appellees' position on the Motion for Summary Affirmance was stated clearly and correctly in their Motion to Govern Future Proceedings. *See* Doc. #1983384. Their duly-considered position remains the same, and there is thus no reason for this Court to refer this matter to the Appellate Mediation Program.

## CONCLUSION

Appellees respectfully move that this Court grant their motion and resolve the pending motion for summary affirmance before taking any further action in this case.

Respectfully submitted,

*/s/Matthew B. Berry*
Matthew B. Berry
   General Counsel
Todd B. Tatelman
    Deputy General Counsel

*Office of General Counsel*
*U.S. House of Representatives*
5140 O'Neill House Office Building
Washington, D.C. 20515
(202) 225-9700
Matthew.Berry@mail.house.gov

*Counsel for Congressional Defendants-Appellees*

February 9, 2023

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g)(1), I certify that this Reply complies with the type-volume limitation of Rule 27(d)(2), as it contains 251 words.

>*/s/ Matthew B. Berry*
>Matthew B. Berry

February 9, 2023

## CERTIFICATE OF SERVICE

I certify that on February 9, 2023, I filed one copy of the foregoing Reply In Support Of Motion To Govern Future Proceedings via the CM/ECF system of the United States Court of Appeals for the District of Columbia Circuit, which I understand caused service on all registered parties.

*/s/ Matthew B. Berry*
Matthew B. Berry