# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 22-5290**             **September Term, 2022**

1:22-cv-00162-TNM

**Filed On: April 11, 2023**

Robert Schilling,

    Appellant

v.

United States House of Representatives, et al.,

    Appellees

    **BEFORE:**    Millett, Wilkins, and Katsas, Circuit Judges

## O R D E R

Upon consideration of the motion for summary affirmance, the response thereto, and the reply, and the motion to govern further proceedings, the response thereto, and reply, it is

**ORDERED** that the motion for summary affirmance be denied. The merits of the parties' positions are not so clear as to warrant summary action. See <u>Taxpayers Watchdog, Inc. v. Stanley</u>, 819 F.2d 294, 297 (D.C. Cir. 1987) (per curiam).[1]

Because the court has determined that summary disposition is not in order, the Clerk is directed to calendar this case for presentation to a merits panel. While not otherwise limited, the parties are directed to address in their briefs the following issue: whether the Committee itself or the House itself, as opposed to its Members, is immune from this lawsuit under the Speech or Debate Clause of the Constitution or under principles of federal sovereign immunity.

**Per Curiam**

                      **FOR THE COURT:**
                      Mark J. Langer, Clerk

        BY:    /s/
                 Laura M. Morgan
                 Deputy Clerk

---

[1] Although the operative district court pleading is styled as "first amended petition for a writ of mandamus and for declaratory relief," the district court and the parties have not addressed the pleading as a mandamus petition, and this panel does the same for the purposes of this motion.